**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 5, 2020.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-20-00132-CV**

---

**IN RE STEWART FELDMAN AND THE FELDMAN LAW FIRM, LLP,
Relators**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
80th District Court
Harris County, Texas
Trial Court Cause No. 2019-07407**

---

## MEMORANDUM OPINION

On February 11, 2020, relators Stewart Feldman and The Feldman Law Firm, LLP filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to (1) vacate the January 28, 2020 order granting real parties in interests' motion to compel discovery; (2) rule on the merits of relators' pending

motion to compel arbitration before any hearing on real parties in interests' request for injunctive relief; and (3) issue a ruling on the motion to compel arbitration within a timeframe the court deems expeditious and appropriate.

Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' emergency motion for stay.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.